Clerk; This is a Formal Declaration of a suit for money damages for libel naming Maureen Lyons Reardon, Sarah Ralston, W. Earl Britt As principals in this suit,. To Wit! Each abused his possistion as a Federal employee to Libel me, Darrel R. Fisher, in 2011 and since at all times by the after-effects of each one's act of libel, causing me grievance, anguish, Consternation & upset as well as to deny me my liberty, physically, by the after-effects by the Libel. They did not start this action but did exacerbate it to the extreme, here, between 2011-2011 especially, when Britt; Oct 21, 1991 Mireles V WACO 5(0) US9 112 Sct 286 116 LED 9; Did enter the picture to compliment the players' acts of kidnapping myself by others in other states. I file file this suit under the premise of a Bivens suit, lawfully suing those who libelled me. This suit does not end the false imprisonment as it Continues daily, here, as a result of Britt's act in 2011 to libel me under guise of law, which will not prevail! here!

Foundation: January 2nd, 2015 D. MINN. S.R. NELSON Federal District court Judge in Fecch V. Jett 2015 US DIST LEXIS 60086; Wrote an Illegal opinion that Fecch was not a [prisoner] in the BOP in Rochester, Minn, Prison where he was housed there Illegally at that was only for [prisoners] convicted and sentenced to the custody of the Warden of that BOP Facillity as Fecch was not such a person to be So convicted nor sentenced to be at the F.M.C, Rochester, Minn., as no civil commitment proceeding was allowed by the sestus Ruling April 13, 1925 Cooke V US 267 US 517 @ 538 45 Sct 390 69 LED 767, 774 "So long as he is not in prison at the time civil commitment proceedings are instituted"; [Doc #1] [enclosed] per 18 USC 4241 (a) which is unconstitutional per scotus Ruling Feb 23, 1966. Baxstrom V Herald 383 US 107 @ 115 86 Supreme ct 760 15 Led 2D 620 Nov 1st, 1909 ccWDKy Kaufman Vs Garner 173 F 550, 554 Before May 13, 193 5 enactment of 4241 as no civil suit was allowed to be made to allow

that Judge to commit any person to the A/G's custody for four Months for Maximum since no process could be employed to civilly commit any person. Then there is the Illegal Opinion of T.W. Boyle of E.D. of N.C. at Raliegh, N.C. 27611 who wrote US v WAYDA 2019 US Dist LEXIS 191678, *Nov 4, 2019, that WAYDA WAS NEVER in BOP custody at any time he was in FMC Butner, NC, 27509, as Boyle had no Jurisdiction to issue any [Judgement] SINCE WAYDA was Never served notice of any civil suit By Summons; Rule 4, F.R. CIV. P, Passed to compliment the 2015 ruling By Nelson, Also Illegal in Minn,. Has no process was used in Ferch v Jett their To get Ferch there, in the First place; Which Brings up the subject of this Libell Suit against Reardon, Ralston, Britt's' acts in 2010-2011 and since against me personally, As none had any authority to judge me nor subject me to their Scrutiny as they can only assess [prisoners] sentenced to BOP custody, Which I am not such a person sentenced to BOP custody. None have any Congressionally produced immunity from civil suit for each one's criminal acts, For Which I sue Civilly, here. I am a private citizen all along, here, and thus are Illegally Confined. I am not a [prisoner] nor an inmate here. Those 3's acts are against an American citizen Who Was dragged from his home. I demand $475 millions in Compensation and a jury award for Punitive damages. I demand a jury trial promptly. Reardon Ralson AND Britt had no power to drag a private citizen out of his home and they Used Words such as incompetent, psychotic, delusional, paranoid, schizophrenic, dangerous, Bipolar, nonrestorable, to libel me, I am a Citizen that the government gaurantees liberty of person and Concience and the security of my person, estate & reputation, for every citizen equally, Without the rules of procedure Being Observed, no private right Would be safe from Oppression Wherever power is lodged. [Scotus].

Case 5:21-ct-03186-D    Document 1    Filed 06/22/21    Page 2 of 25

2

Clerk; serve these three promptly upon receipt of this notice of suit and send to me copies of the summonses after they respond to these, then you can assign this suit to a randomly selective judge to hear their arguments by each and all in a court of law.

Do not give my complaint to any judge before then Clerk. No judge can act as counsel for any of them sued here, per 28USC 455 (b)(5)("ii").

Footnotes;
1."in the complete absence of all jurisdiction".
2."the presence of the USDIST. ATTorneys also was secured on the ground ~~That it was~~ a criminal case." T
3."So long as he was not in prison at the time of civil commitment proceedings are instituted".
4."april 10, 1905 RE HEFF 197 US 488 25 SCt 506 49 LED 848

Clerk; Re; jurisdiction?

I can not refer to a [case] number as none was ever opened against me in the District Court's' jurisdictional Boundaries to which is bound only. I cite [your] civil action number that I was never notified of it ever associating with any civil complaint as never filed to my Direct Knowlege; as [you] never notified me by summons of any pending civil suit, [you] must have lied to the court [you] had notify me of a pending civil suit. that would be fraud upon the court by [you] clerk! Further, no notice would be given to me of any pending civil, Suit, so no jurisdiction could be nor was acquired by the court to convene Is a court of law' Therefore, [you] may be liable for Fraud upon the court and the act of kidnapping; 18 USC 1201; As iNVeigled, decoyed, Confined abducted and kidnapped, and carried away when sent here to Butner F.M.C. 27509 as Illegally confined here! any reference to a [case] number would be Violative of 18 USC 1519, false entry, criminal act; I understand [you] are claiming to hold me, under 18 USC 4241(a) as per an enclosed statement on that [exhibit ∅ A]. I exposed the fact of [you] not notifying anyone being sued as no notice means no jurisdiction can be acquired by the court Lawfully to convene a court nor to render any [Judgement] on a complaint not yet a [case or Controversy]. I exersice my lawful right to expose those things criminal I believe being Used against Me, Illegally. I will use my right to correct all of the wrongs here Is they are criminal acts By [you] clerk. Rules 4, 17 apply here also,

Case 5:21-ct-03186-D    Document 1    Filed 06/22/21    Page 4 of 25

Darrell R. Fisher

Clerk; Re; Fraud upon the court! motion under F.R.Civ.P. 60 (B)(3)
Fraud upon the court, to write an essay, not a [Judgement]!
This Motion to vacate an essay by MYERS II under Federal R.Civ.P 60(b)(3)
For Fraud upon the court, by MYERS II who did not issue any Writ For
Habeas Corpus. Forthwith as prescribed by 28 USC 2243 after 17 months
While the petition Languished on his desk Unissued, this motion
is grounded on the Fact that the court never established any Jurisdiction
to make a [case or Controversy] to hear in a court of law, Only; as
MYERS II did not convene a court properly or at all here in that for there
to be a [case] there must First be jurisdiction established to grant the court
Jurisdiction, here, by issuance of the Writ of the name being Sued, which
was not done by Myers II so, he did not establish any Jurisdiction per this
petition to issue any lawful [Judgement], as only the partys may present
each one's side, in arguments before the court in a hearing Conducted
Five days after the Writ, is returned by the respondent, here as named
P. scarantino, Warden of the F.C.C Butner, N.C. 27509; Where he was never
served the Writ to be aware of it to respond to it at all, because Myers
II never issued the Writ forthwith as in 2243 as required by the law,
Thus he committed fraud upon the court by his own actions on that subject,
this motion is based on premise that I can not refer to it in any court
of law. That MYERS II wrote a paper on that writ as the letter was opened
prior to delivery to me, on May 15, 2021; so the [Judgement] written of
in that letter May be Voided Under 60 (b)(4), Void judgment as it did not
remove the fact that Myers II never did issue any notice by writ to the
person named as being Sued per 2243 as it is his Job. to Follow the
laws of the United states, all of them, but he must have decided to
Violate the laws. Since, here, he probably Violated another law in
18 USC 1346, Honest Services Fraud As to, maybe, have mailed a
Letter to me on May 12, 2021 or not. I cannot Verify the Contents
of

Of the letter as violative of the laws he is suppose to uphold, and he may have violated 18 USC 1341 mail fraud law, if he was to claim the letter was his, he's criminally liable for it as to having marked it by his own hand. OR, does walden (Us craig's Heires 1840 39 US 147, 154 10 Led 393 Scotus ruling on it as no notice, no jurisdiction as it is absolutely void, a nullity,

Here, if walden rules,- MYERS II is guilty of obstruction of justice, for not issueing the Writ forthwith and is liable for the Honest services fraud charge, because he refused to issue the Writ for 17 months and did perjure himself on his oath to support the Constitution of the United States; OR, if his actions of not issueing the Writ forthwith applicable here, then he's liable for obstructing justice charge, perjury on an Oath charge, honest services fraud by taking the money for a job not done, it is still Fraud any way you look at it, and he did not do his job to end unlawful restraint of myself He did prolong the kidnapping and gave [tacit] approval of the criminal acts of others. 18 USC 1503, 1621, 1201, 1346, 1541, all apply here. There is supposed to know [judgement] per exparte Terry, 128 US 289, 305 9 sct 77 32 Led 405, that if a court lacks jurisdiction, to issue a [judgement], a court of superior authority jurisdiction in reason and law, lacks the same jurisdiction. So any [judgement] is also a Nullity. MYERS II did not act in Conformity with the law as he acted as counsel for the one sued here which actomatically is grounds for recusal per 28 USC 455(b)(5)(II), Lest we forget the rules governing his job which is upholding the constitution. another reason to implement on honest services fraud against MYERS II.

Peter A Moore Jr. clerk; Re; personal liability nonperformance on your job! ~~this~~

This is A DAmages suit against the one named as clerk, Peter A Moore Jr, honest services fraud By his not, my knowlege, issueing any summonses to any person sued apon receipt ~~other than~~ of the complaint as required of him By Rule 4 FRCivP; I have filed/mailed to the court clerk numerous civil suit complaints but not one has been processed at all by the clerk to compliment the rules of civil procedure as to not do so as consequences; I have been vexed by this lack of a sence of Duty to do so properly; by his use of the mails in conjenction whith, the Fraud, he ~~also~~ violated with the law 18 USC 1341 as well as 1346 the honest services law, when he violated laws, ~~commit~~ he forfeited and pretended immunity, he might claim Illegally as congress has never passed any law to immunize any government agent who violates the laws of the United States. he is liable for all of the money damages for Which I sued, collectively and all add up to the money due me! I do not have the sum total of all the claims I made they all add up to several hundreds of millions of Dollars, further compounded ~~the~~ fraudulent acts, he did my complaints to A judge as if they were a [Case] which they could Appear only as a [Case or Controversy] as to commit Fraud upon the court by certifying theyre was a respondent nsone Sued was issued A summons of a civil suit pending against each of them, because the clerk never issued the summonos for each of them per R4 FRCivP. more fuel for the fire peter A Moore Jr. when Moore Jr, did consort with the judge to dismiss all of my lawfully Filed Civil Complaints not one of which was a Case yet. he/they conspired to commit a crime 18 USC 371 or defraud the United states. I demand a Jury trial. I invoke 28 USC 1654 to plead and manage my own case ... and manage and conduct Couses in all courts of the United states,

Case 5:21-ct-03186-D    Document 1    Filed 06/22/21    Page 7 of 25

Darrell R. Fisher

THE JUDGE CANNOT BE THE ACCUSER! THE ACCUSER IS THE UNITED STATES OF AMERICA! HE/SHE
IS PART OF THE JUDICIAL BRANCH. IF HE WERE THE U.S. OF A., THERE WOULD BE NO 3 BRAN
CHES OF GOVERNMENT AS IT IS THE ONLY BRANCH THAT CAN ENFORCE THE LAWS MADE BY THE
CONGRESS, THE LEGISLATIVE BRANCH, WHICH IS ALSO NOT THE U.S. OF A.
THE EXECUTIVE BRANCH, THE PRESIDENT AND ON DOWN, IS COMMISSIONED BY THE CONSTITUTION'S
PROVISION IN ART. 2, § 3, C1. 1, TO "TAKE CARE THE LAWS BE FAITHFULLY EXECUTED."
THUS, THE A/G VIA THE LOCAL UNITED STATES ATTORNEY (USA), IS THE ONLY ONE WHO CAN
CLAIM TO SPEAK ON BEHALF OF THE U.S. OF A. IN COURT, BUT THE SCOTUS RULES/WROTE IN
APRIL 13, 1925 COOKE v US 267US517,538 45Sct390 69Led767 THAT THE MERE PHYSICAL
PRESENCE OF THE USA IN THE COURTROOM DOING BUSINESS MADE THE PROSECUTION A CRIMINAL
CASE, THAT WAS KNOWN TO THE CONGRESS IN 1930 WHEN THEY MADE THE CURRENT LISTED
18 USC4241 TO BE CALLED LAW. IT WAS/IS REPUGNANT TO THE CONSTITUTION THEN, AND NOW.
SO, WHERE THAT 'LAW' STATES THE ATT'Y. FOR THE  GOVERNMENT CAN CALL FOR A MENTAL
COMPETENCY EXAMINATION OF THE DEFENDANT. HE DOEs IN FACT FILE A CIVIL SUIT AGAINST
THE DEFENDANT THERE IN COURT: THE GOVERNMENT CALLS IT CIVIL SO CIVIL RULES OF
PROCEDURE MUSTNECESSARILY APPLY HERE. ALL OF THEM. BUT THE GOVERNMENT FORGETS THEM
ALL. THATUSA CAN ONLY 'PROSECUTE' CRIMINAL CHARGES HE MADE. HE CANNOT INSTITUTE
ANY CIVIL SUIT PER THE SCOTUS' RULING IN 1925 [COOKE]. KNOWN TO CONGRESSIN 1930.
THE USA'S PRESENCE STILL MAKES ALL CASES CRIMINAL IN PROSECUTION. NOT LITIGATING
ANYONE OF THEM BY ANY LAW. SO. THE U.S. OF A. IS THE ONLY ONE WHICH CAN BE CALLED
THE ACCUSER IN PERSON AS PER THE PRESIDENT IS THE CHIEF LAW ENFORCEMENT OFFICER IN
THE COUNTRY. HE IS ALWAYS THE ACCUSER VIA THE LOCAL USA IN ALL CRIMINAL CASES.
ONLY THE EXECUTIVE BRANCH CAN BE THE U.S. OF A. IN COURTS OF THE UNITED STATES.
THAT JUDGE CANNOT ACCUSE IN FEDERAL COURT AS THE U.S. OF A. AS HE/SHE IS NOT THE
EXECUTIVE BRANCH AND HE/SHE CANNOT JUMP BRANCHES JUST TO GET ONE PERSON HERE. HE/SHE
MUST RECUSE HIMSELF/HERSELF FROM THE CASE IN ORDER TO ACCUSE BUT IF HE/SHE DOES,
HE/SHE IN NO LONGER THE JUDGE IN THE CASE AND SO CANNOT BE THE JUDGE WHO INSTITUTES
THE CASE OF CIVIL ACCUSATION AS A PRIVATE CITIZEN AS ONLY THE JUDGE IN THE CASE
CAN ACCUSE THE PERSON BUT HE/SHE CANNOT DO THAT AS PER THE JUDGE WHO RECUSED
HIMSELF/HERSELF, THEY CANNOT USE THE LEVERAGE  AS THE U.S. OF A. TO 'PROSECUTE'
ANY CIVIL CASE, PER THE EXACT LANGUAGE IN 18 USC4241(a), NO CIVIL SUIT CAN EVER BE
FILED AGAINST A REAL PERSON UNDER 4241(a) BY ANY LAWFUL MEANS HERE EXPLAINED. ITONLY
ALLOWS TWO PEOPLE TO INSTITUTE THE CIVIL SUIT NEITHER OF WHICH CAN LEGALLY DO IT.
RULE 17 F.R.CIV.P. MAKES THE TRUE ACCUSER REVEAL HIS NAME VIA RULE 4, THE SUMMONS
RULE IN THE F.R.CIV.P., SO WHEN THE JUDGE OR THE USA CAN BE NAMED AS THE ACCUSER IN
THE NON-EXISTENT CIVIL SUIT, THERE CAN BE NO LEGAL MENTAL COMPETENCY EXAM CALLED
FOR BY THE GOVERNMENT'S AGENTS BOTH OF WHOM ARE BARRED BY LAW FROM SUCH ACT.
CONGRESS DID MAKE A KIDNAPPING LAW TO COVER THIS SORT OF HAPPENING.

Document # 1.

A short dissertation on the SCOTUS' rulings that all criminal laws' punishment phrase must be definitive enough that the average person assumed to be of ordinary intelligence, would understand and exactly what conduct is proscribed by laws and thus by society, as regards vague language in the text of the [law] that does not define any particular act that is criminal, and is therefore unconstitutional and the use of it is voidable in all applications to date. A) As regards the [civil commitment]; There is no such thing in the United States pursuant to the SCOTUS' ruling April 13, 1925 Cooke v US 267US517,538 45Sct390 69Led767; that the very physicalpresence ofthe US Attorney in the courtroom doing his business there by the USA or a city, county or state prosecutor or Attorney General, indicates that proceeding is criminal not just a civil proceeding as is touted that it is. That being said: There can be NO [civil commitment] by any type or degree of any governmental prosecutor who claims to be acting 'civilly' in the "prosecution" not litigation, as he/she claims as criminal prosecution is; then there is the (punitive) partof the CASE as a person was not expecting such illegal acts by the federal government itself, that exists only to serve the people as by the people, from the people for whom the government came and was formed to serve for their benefit and is controlled by the people's suffrage; Therefore, the term [Mental Disease or Defect] is so vague as to non-definable, nondiscernable, imprecise, over-broad in its reach and misused in application against thousands of innocent persons who never are advised of any civil complaint filed against them nor any or due process of law used and are illegally imprisoned by the governments' act through its USA's whose very physical presence in the courtroom makes that CIVIL action a criminal (case), by the SCOTUS' own rulings as cited one, Cooke v US 1925, never negated in citation nor disqualified in enforcement by persons facing these same [civil commitment] criminal acts by the government's agents acting under color of official right not law. Therefore, all [civil commitment] proceedings since the firstone were criminal prosecutionsnot civil actions against a victim as the "criminal statutes" are so vague that they are used to claim to be useable against those accused or not accusedofbeing MENTALLY ILL by the prosecutor or thatjudge in the [case] never filed in any court, so as tomake all these type cases unconstitutionally prosecuted by the federal and state governments from the beginning of these acts of Congress repugnant to the Constitution, A Fair conclusion is that no [covil commitment] of the past 90 years is constitutionally done as each and allof them were criminal prosecutions not civil suit actions at all and by these all being criminal actions did deny these many victims their 4th, 5th and 6th Amendments rights in doing so since 1930 and 1948 respectively. The government is the Kidnapper king and murderers of any one who died while inone of the many prisons in which they were falsely held imprisoned. Before any of the illegal [civil commitment] of the past 90 years and counting, being criminally prosecuted by the USA's, there is the issue of jurisdiction to contend with; Also bythe SCOTUS' rulings here applicable as unconstitutional in every way imaginable without any jurisdiction by the [sentencing] court? there is no form of due process of law employed here, and any judgment or 'order' is voidable as ABSOLUTELY VOID! It is a nullity and nothing less than lawless violence. March 7, 1859 Ableman v Booth 21How506 16Led169; May 10, 1897 EX Parte Johnson 167US120,126 17Sct737 42Led103; Then again is the fact that because a court lacked any jurisdiction over a victim, it did not because it could therefore did not issue any summons by the court clerk, and was not served upon the victim because he/she did not reside within thatcourt's geographical territorial jurisdictional boundaries by the laws and by the SCOTUS rulings for over 180 years now, tobe served that notice of a civil action lodged against him/her at his/her home residenceonly per court rulings on that subject also; Rule 4 Fed.R.Civ.P. and Rule 4 Fed.R.Crim.P.

And since no criminal charge wasever filed in this court before the seizure of the victim, no process could or ever wasbe brought against this same victim as the government cannot prosecute a person criminally and sue him/her civilly at the same time as one or the othermust be completely finished by the court before the other can be instituted against any person,and here there is no semblance of any process of law used nor employed here. These arbitrary and capricious acts of the Congress called 18USC4241-4244 were enacted in the days of EUGENICS which the Nazi's used to kill 12 million peoplein 12 years in the camps in the last World war. So too are these archaic acts repugnant to the Constitution. To recap; no notice of any suit nor charge against any person/victim means again, the governments are the kidnappers and murderers of thousands of innocent persons in over 90 years of this by the SCOTUS' own rulings as per lessee of Walden v Craig's Heirs 1837 or 1840 39US147 10Led393;

Oct. 21,1991 Mireles v Waco 502US9 112Sct286 116Led2d9 W.E. Britt is sueable under the Mireles Doctrine as "in the absence of all jurisdiction;" First: there must have been an "adversarial judicial proceeding" instituted in the E. D. of N.C. W.D. at Raleigh, NC.to "commence prosecution" and before sentencing of the defendant. There must have been or had to have been a "crime" accused in this District to be indicted by any grand jury, Amendment 5, then there must have been an arrest warrant issued to seek and "arrest" the person truly named in the warrant, particularly described, Rule 4(c)(3)(A) Fed.R.Crim.P. and Rule 17 "real parties in interest" named as the accuser. Then there must be an init ial appearance and/or an arraignment on the charge where the accused is formal ly informed of the nature and cause of the accusation and given a true copy of the indictment and must be given a fair opportunity to post a surety bond to be released on that bond. He must be afforded counsel if he cannot hire one on his own. Then there must be exhaustion of the court's jurisdiction over that person by adjudication of the criminal charges and then he must be afforded reasonable time to travel to his home residence to be served a civil complaint and summons issued by the court clerk of the District where that civil suit is filed, and only against a resident of that court's jurisdictional boundaries. If he is not a resident of that court's jurisdiction he cannot be served any summons to app ear in that court as if he/she is not a local resident of the court's jurisdic tion, he/she was never served notice of any pending civil suit action filed against him/her, therefore no personal jurisdiction exists for that court to have over him/her to exercise any judicial authority nor render any judicial act against that person as all the men here in FMCBUTNER, NC. 27509, as that is called due process of law and is not honored by these Raleigh judges who opera te under color of the gun not law. KIDNAPPING is what these acts are called and MURDER is what that death is called when any person dies during any criminal act. BRITT etal are all guilty of these criminal acts for many years now! Since there was never any criminal case filed against me in the E.D. of N.C. W.D. , no jurisdiction ever attached against me for BRITT or any other RALEIGH judge to judge in any capacity. Britt/Boyle etal, the rest of the judges in this District Court.
There was no criminal case's jurisdiction constructed or commenced, so no civil case was ever instituted in the E.D. of N.C. W.D. for any judge to act in any judicial manner to adjudicate, so Britt nor any other judge in this District Court ever acted judicially legally. They only used fear and the gun to operate. These tactics must be stopped by superior courts and the victims freed.

3

Case 5:21-ct-03186-D    Document 1    Filed 06/22/21    Page 11 of 25

Britt's claim to act at all failed for two reasons: 1; He was not presented a case to make or take any judicial action toward. 2. He did not act at all as no due process of law was ever initiated, instituted nor implemented in any court room in the E.D. of N.C. W.D. at Raleigh, NC. to create any need for any judic ial determination relating to or regarding any man here at FMCBUTNER, NC., nor did any other District Court judge in Raleigh, NC. in the E.D. of N.C. W.D. The SCOTUS, et al, try to obviate justice by making-up imaginary reasons to claim a criminal judge is performing a normal function usually performed by a judge,,so no absolute immunity from all civil liability to the one's their acts on the bench injure, butthey must be in the judicial mode to act judicially and here Britt etal are not doing so, acting in any judicial capacity, A Kangaroo court is not acting judicially nor is a court in America.

The SCOTUS wrote,ruled, "Each conspirator in any crime is liable for all consp irators acts." That includes ALL acts as well as the civil damage acts he comm its against a real person with the intent and desire to make the object of the conspiracy succeed. He claims to act on andfrom the bench in the District Court in Raleigh,NC. but he cannot prove any due process of law to justify any claim of doing anything that a judge would do on or from the bench, except about the whole thing to "muddy the waters" on performing any at all [judicial act norma lly performed by a judge]. Whether Britt knew he was joining an ongoing conspi racy is irrelevant; he did, secretly, without any judicial proceeding, commit an overt act in furtherance of the object of the conspiracy with his intent to make it succeed. March 23, 1936 Gooch v US 297US124,127 56Sct395 80Led522 as defining a conspiracy; Britt did not need to know the [modus operandi] of the principals nor of all the acts of all the others in the conspiracy nor all the other actors, but only to commit an overt act in furtherance of that conspirac y's object to make it succeed he willfully joined one in progress so is crimin ally and civilly liable for "all acts of all conspirators" just like any other lawbreaker. April 16, 1894 West v Cabell 153US78 14Sct752 38Led643

Britt cites 18USC4241(a) and 4246 and 4247(d), not 4246(g), as his groundfor his "judicial" acts, but notonce has he ever cited what criminal charge foment ed the act of [commencing prosecution] and prior to sentencing of the defendant on 4241(a) filed in the District Court of the State per the Constitution's pro visions, Art.3, § 2, cl. 34; and the 6th Amendment's command adding District as regarding trial by jury shall be held in the State and District where the crime was commited, for the Att'y. for the government to ask for a competency exam where he/she claims the defendant is unable to "assist properly in his

defense" when the Constitution states the "assistance of counsel for his defen ce." Nor does Britt nor any other judge in Raleigh,NC. recuse himself/herself from the case if he is the court that on its own motion, grants its own motion, to order the exam nor does he act under Rule 35 Fed.R.Civ.P. to examine a "con dition" the one suing put "in controversy" as a reason for the civil suit. He nor any other judge in Raleigh, NC. perform any judicial act any judge would normallyperform acting as a judge in the performance of his duties in his temp orary hired-hand job. He/they perform no judicial function ever!Nor does Britt ever explain how he/they act on Amendment 5's prohibition on "double jeopardy" of how the SCOTUS explained the term "limb"as referencing money in a civil suit and the term "life" to mean and refer to loss of liberty or prison/jail. 4247(d), 4241(a), 4246 all refer to lifetime imprisonment over and over again with no due process of law allowing that practice as no known complaint nor charge ever is announced to the victim so again no judicial proceeding is ever commenced to start any adversarial judicial proceeding against any ma n whom Britt etal have put in prison for life without any or due process of any judic ial action lawfully conducted in any courtroom in Raleigh, NC. This is a conti nuing criminal enterprise (CCE) as defined by law that Britt etal are all in volved in up to their judicial robes.

As I wrote ofthere was never a court convened to "commence prosecution" under 4241(a) so neither the Att'y. for the government nor the court which wsasnot sitting at any time so the jufdge could not recuse himself from no case pendi ng nor taking place in any courtroom in Raleigh, NC. Again,no judicial action by any judge in any normal function ofhis job description as in the absence of all jurisdiction as cited in Mireles v Waco 1991.

I met the requirements to cite the act or non-act of Britt as to seek his impe achment for kidnapping and murder in this place at FMCBUTNER, NC.

OCT. 21. 1991 MIRELES v WACO 502 JS9 112Sct286 119Led2d9 "IN THE ABSENCE OF ALL JURISD ICTION." FOR 180 YEARS NOW, THE SCOTJS HAS JPHELD THE PRINCIPLE THAT A PERSON MJST RESIDE WITHIN A COJRT'S GEOGRAPHICAL TERRITORIAL BOJNDARIES OR DO BJSINESS THERE FOR THAT COJRT TO CLAIM JJRISDICTION TO SJE OR EVEN ATTEMPT TO SJE. BJT I WROTE A PAPER ON THAT. I ENCLOSED. THE EXECJTIVE BRANCH, THE PRESIDENT, PROSECJTES ALL CRIMINAL CASES; AND PER THE SCOTJS' OWN RJLING "THE PRESENCE OF THE JSDISTRICT ATTORNEY'S WAS ALSO SECJRED ON THE GROJND THAT IT WAS A CRIMINAL CASE." APRIL 13, 1925 COOKE v JS 267 JS517,538 45Sct390 69Led767; THE JJDGE IS BOJND BY THE CONSTITJTION'S SEPARATION OF POWERS CLAJSES, FROM INSTITJTING ANY CIVIL SJIT AS HE MJST FILE A COMPLAINT WITH THE EXECJTIVE BRANCH WHERE THE JSAIS BARRED BY THE SCOTJS RJLING FROM FILING ANYTHING BJT CRIMINAL CASES. THERE NEVER WAS ANY CIVIL SJIT FILED IN THIS DISTRICT OF NORTH CAROLI NA, BECAJSE THERE COJLD BE NONE AND THE COJRT CLERK NEVER ISSJED ANY SJMMONS TO ANY PERSON HERE IN FMC BJTNER, NC. 'MENTAL HEALTH' JNITS BECAJSE THE 'ACCJSER' DID NOT DO SO BY WAY OF NOT BEING LEGALLY ABLE TO DO SO.THEREFORE, THE ACTIONS OF BRITT AND BOYLE, PRIMARILY WERE SHEER DENIAL OF DJE PROCESS OF LAW, AND THE RJLE OF THE GJN RETJRNS HERE; 'IN THE ABSENCE OF ALL JJRISDICTION.' IS THE SCOTJS' OWN RJLING. THEN THERE IS THE FACT THAT SOME JJDGE BACK-HOME SENT A MAN HERE INTO THIS COJRT'S PROCESS BY 'TRICK OR DEVICE' WHICH IS ALSO SPECIFICALLY OJTSIDE HIS OWN COJRT'S JJRISDICTIONAL BOJNDARIES; AND THE COJRT BACK-HOME CONTROLS HOW A MAN IS TREATED HERE, AS THE SCOTJS RJLED ANY ATTEMPT TO ENFORCE ONE'S ACTS BY A JJDGE OJTSIDE HIS JJRISDICTIONAL BOJNDAR IES IS "NOTHINGLESS THAN LAWLESS VIOLENCE." MAY 10, 1897 EX PARTE JOHNSON 167 JS120,126 17Sct737 42Led103; MARCH 7, 1859 ABLEMAM v BOOTH 21How506 16Led169;
AND THEN THERE IS ANOTHER MATTER WHY THIS COJRT CAN NEVER ACQJIRE JJRISDICTION IS THAT AS LONG AS THE COJRT BACK-HOME STILL CLAIMS TO HOLD A CRIMINAL CHARGE AGAINST THE SAME PERSON, NO OTHER COJRT CAN INTERFERE WITH THE COJRT OF FIRST JJRISDICTION'S POSSESSION. SO ALL THESE VALID, COJRT RJLINGS SJPPORTED, REASONS MEANS THE ACT IS KIDNAPPING ON A GRAND NATION-WIDE SCALE AND THE DEATH OF EVEN ONE VICTIM WHILE STILL BEING ILLEGALLY HELD IS MJRDER AND BRINGS ON THE DEATH PENALTY FOR ALL INVOLVED IN THE CONSPIRACY. EVEN THOSE WHO TOOK A LITTLE PART IN THE ACTS TO KILL.
FOR THESE AND OTHER REASONS. I WILL WAIT TO FILE THE COMPLETE HABEAS CORPJS JNTIL I DEPOSE T. SCARANTINO, BRITT. MOORE. JR., GENNA D. PETRE AS WELL AS THE JJDGE AND JSA BACK-HOME AND OTHERS TO BE NAMED LATER.
THE ONLY PJRPOSE IN WRITING THIS PAPER. IS TO DETERMINE BY THE COJRT WHETHER IT HAD JJRISDICTION? I PREDICE THE COJRT WILL ANNOJNCE NO JJRISDICTION AND CLOSE THE PROCEED ING PERMANENTLY. THE COJRT CANNOT HAVE KNOWLEGE OF A CRIME ANY MORE THAN ANY PERSON. SO, I WOJLD EXPECT THE COJRT TO 'ORDER' THE CLERK TO FORWARD ALL THE DEPOSITIONS TO THE LOCAL JSA FOR ALL CRIMINAL PROSECJTIONS TO FOLLOW.

4

First of all: Do the acts of Britt in 2011 and coupled with the act of O.D. Smith in 2010, qualify AS tried, convicted for a criminal charge and will liability assessed by a judge's verdict in a court? If no conviction occured nor liability aSSESSED by a jury in a civil suit, why are we here? THe act is moot!

1. Britt referred to his 2011 writing, ooening the door to every word in it, as to open the door to 49 pages of factual charges all written out, as the forerunner for allthis/

2. Britt erred for failure to address the lack of personAL jurisdiction over me, as per immunity from civil suit by the same party involved inthe criminal suit.

3.Britt erred for failure to address the issue of statutory authority to hold past 120 days. US v Baker, Us v White, US v King.

4. Britt did not admit to denying me a 4247(d) hearing on Jan. 31 2011 which he wrote of as to the required appointment of counsel, diligent advocate, to aid, assist and advise me as 28USC1654 is ruling and the text of 4247(d) states the accused shall be able t to subpoena witnesses, to confront and cross-examine the witnesse not the hearsay speaker, asthéat ia not admissible in a court of law as BRitt wrote of the act of jan. 31, 2011 where he told me to shut-up or he would have me removed and the PD Periera said "be quiet, don't say anything" thus denying me my right to conduc and plead my own case, 28USC1654, and included is confront and be informed of the nature and cause of the accusation.

5. BRitt, jJan. 31, 2011, erred in not addressing the issue of neveeinforming me of any criminal complaint nor a civil suit complaint for over $20.00, nor did hI sign an affadavit of service before that jan. 31, 2011 hearing/trial via teleconference, as SCOTUS ruled is repubgant the constitution and heir ruling, Coy v IOwa, wheee they wrote nó screen between the person accused and his accuser as face-to-face is the confronyation clause's requirement. He opened the door to that rule of law. recorded.

6. Britt erred when he wrote of the Kansas City, MO courthouse at 400 E 9th Street,64106, where he hévéropened the door, which is áunder concurrent jurisdiction with MIssouri and Missouri's Const itution, Art. 3, sect40, cl.28, applies as it states no special o oe exclusive right, privilege or immunity for any individual, ass ociation or corporation as the new FEderal courthouse does not confer upon the individual any special immunities from the laws of Missouri AND the federal constitution. hE opened the door.to Larsen's acts in 1999 ans the detainer of Feb. 17, 2000 as naming DARRELL FISHER particularly, not me. Amendment 4 and 5, Constitut ion, Due process of law and equal protection of the laws.

7.Britt opened the door to the illegal acts of larsen, FEb. 24, 2010, Travel Act 18USC1952, where Larsen glowingly wrote of his denying me my right to confront the witnesses as he detaiked his criminal acts allowing Morrow as bRitt wrote of the KAnsas City M mo. courthouse which opened the door to Larsen¦s hearing of Feb. 24, 2010 recorded, in interstate commerce as FEb. 10, 2010 where he wrote of denying me my right to Equal Protection of the laws as Calif., Texas, Illinois etal and all acts of all cobspirators for years past and of EX PARTE communicatinns by MOSS, his PD, and od Reardon's testimony of the onwonstitutional search of my house on Jan. 11, 1999 as they both used fruit of that search and seizure of information as to cover-up and compound the felony as induced, commanded, counselled, procured, aided and abetted by larsen personally as he opened the door, no warrant to search as Vale v Louisiana 1970 June 22, 399 US30 90Sct1969 26Led2d409, as SCOTUS ruled an arrest outside the house does not justify any

further search of the premises nor does the finding evidence of any "criminal" act beget the introduction of hhat evidence in any proceeding as June 19, 1961 mApp v OHIO ruled as Larsen issued a paper on jAn. 19,1999 not legal , to search my house as no item w was particularly described at all.

8. bRitt wrote of the K.C. Mo. Courthouse thus opening the door for "all acts of all conspirators in any crime" to Larsen's takin me to Springfield, Mo. under the name particularly describing DARRELL FISHER,not mine, on march 18, 1999 for 63 days as David mrad was there and was told of the wrong name, but refused tohelp

9. Britt erred in not asmitting his own acts of illegality as to induce,procure, counsel,command, aid and abet in bodily injury to me as a broken arm, fractured ribs abrasions,bruises, any cut or burn or any physical pain ar illness or didfigurement or impairment if any kind, no matter how temporary, US v BAiley Ca1Mass. 366F346, 48, 18uSC2, felony as by Singleton, Buckner April 25, 2013, denis Dunlap April 28,2004 at St.JOe,Mo. NMPRC, 9 years.

10.Britt wrote of Larsen's acts imtended to kill me for my attempted removal application as REardon spoke of that as hearsay.

11. Britt, Jan. 31, 2011, wrote of a "preponderance of evidence" all of it hearsay by Reardon! no obe else unless he had EX PARTE comminications not on the record nor allowed by SCOTUS rulings on the exact words the grand jury wrote or nothing. He opened the do ddoor to that, also.

12. Since there was no service process in missouri in 2009 and 2010 nor any 90 day notice of expert testimony notby MOrrow nor any service at all by the federal government, they did not adhere to rule 4 and 26,Federal Rules of civilProcedure, therefore the hearing on Feb. 24, 2010 was void and an act to cover-up that so the bringing me across state limes to north Earolina was only to obviscate justice to cover-up those criminalacts.

13. Reardon spoke of lawfully held personalproperty including som guns as the information of that was obtained illegally as a resul of trespass 4-9 times to get that information. Olmstead v US and Vale v Louisiana 1970, June 22. Britt opened the door to that.

14.Britt erred in his statement on Jan. 31, 2011 where he demonst rated lack of due process and Equalprotection under the laws in MIssouri by Larsen's own statements as asmitted into evidence.

15. Feb. 19, 2017 11AM, found on the computerized law library the 2011 case, CA$Nc, where theyou people 3-judge panel, Wilkinson, Niemeyer and motz wrote "We disposed with oral arguments because the facts and legal cobsiderations are adequately presented befor the court and argument would not significahtly aid in the decisionalprocess." Oct. 14, 2011. SCOTUS willlove toread that!

Memorandum in support of this Writ of Habeas Corpus

Britt made damned sure the victim of this conspiracy never received their constitutionally guaranteed right to a jury trial where their physical liberty was at stake by illegally "appointing" a rum-dum Public Defamer to the victim's case in Raleigh, North Carolina in the E.D. of N.C. W.D. District Court, as the "counsel" for him, that victim of kidnapping. They inturn did and by conspuracy, did defraud the United States at the rate of $125.00 per hour to deny him his day in court and an opportunity to be heard as to obstruct the due administrati on of justice for him, the victim of kidnapping by others these conspirators c conspired with to bring him here to FMCBUTNER, NC. as BRITT has/had no person al jurisdiction over that victim. March 9, 1936 Gooch v US 297US124,127 56Sct 395 80Led522 When by prearrangement, or on the spur of the moment, two or more persons enter into a common enterprise or adventure, and a criminal offense is contemplated, they are each a conspirator.

Another point of law: This federal government's FMC at Butner, NC, the Springf ield, Mo. FMC and the Rochester, Minn. FMC all violate by the judges in all these District Courts locally, "appointing" a rum-dum "counsel" illegally as a Public Defamer, to deny the victim his day in court as the SCOTUS has ruled/de termined, that anytime an offense charged and it is a petty or misdemeanor off ense, and the possible sentence upon conviction by a jury or trial by the court is over 3 months, requires counsel and a jury trial. The "appointment" of the Public Defamers insures the victim is never afforded that right. The acts by t the judges, including Britt in particular, demonstrate the necessary intent to commit an unlawful act. May 7, 1945 Screws v US 335US91 68Sct1031 89Led1495; Jan. 28, 1952 Boyce Motor Lines 342US337 72Sct329 96Led367; These criminal acts by the judges et al, are/were known to them to be such criminal acts as they h had ample warning that their contemplated condemnation was enforceable by laws and statutes as given fair warning that persons of ordinary intelligence would understand. June 7, 1954 US v Harriss 347US612,617 74Sct808 98Led989,996; April 22, 1940 Thornhill v Alabama 310US88 60Sct736 84Led1093; These judges were all awa re of the laws so fair warning was given them all and all were known to them. March 27, 1939 Lanzetta v New Jersey 306uS451,453 59Sct618 83Led888; May 31, 1927 Cline v Frink Dairy Co, 274US445 47Sct681 71Led1146; Feb. 28, 1921 US v Cohen Gr ocery Co. 255uS81 41Sct298 65Led516; Jan. 12, 1965 Harvey v Mississippi CA5 340F2d263 right to counsel if possible sentence is over 90 days in jail and a fine over $500.00 imposed illegally. Feb. 24, 1972 Papachristou v Jacksonville 405uS156 92Sct839 31Led2d110; The fact that Britt "appoint" the P.D.'s as "counsel" is they, by prearrangement, had already planned the false imprisonment of the victim to over 90 days and

even that "appointed counsel" was illegal as the 4th Circuit, the 2nd, the 5th, 6th, 7th, 8th, 9th 10th's opinions, of course Britt etal, planned to imprison that victim without any "criminal" charge lodged against him and before any tr ial on that mysteriously disappearing criminal charge never made, so that by t the prearrangement is a conspiracy. 1936 Gooch v US as above cited.

The only time a court can "appoint counsel" is in a criminal trial for the def endant and only upon his request, not in a civil suit's action for either the petitioner nor the respondent and even when he asks for the "assistance of cou nsel" the court cannot "appoint effective counsel" to do anything helpful for him, the respondent. BUT, the judges in Raleigh, NC. in the E.D. of N.C. W.D. District Court "appoint" the rum-dum Public Defamers as "counsel" without any request from the "respondent" for aid who does not even know what it is he is facing as far as any criminal nor civil suit charge or complaint nor by whom it was made nor why nor when as he was never served any court-clerk issued summons nor copy of any civil complaint nor what he is being sued for. He is not a res ident in this District Court's jurisdiction so cannot be served any summons to appear in this District Court as he can only be served any civil suit summons at his home residence no matter who might want to sue him or why. NO man here in FMCBUTNER, NC. has been afforded that right and Britt and all other judges here in Raleigh know it is the law for damned sure. That is one probable reason why they all "appoint counsel", the conspirators, the P.D.'s, is to cover-up these other illegal acts as to run interference for them. All the time Britt etal judges, "appoint" the illiterate P.D.'s as "counsel" for the kidnap victim they have no personal jurisdiction over that person because all the while he is here at FMCBUTNER NC., that "court" back home maintains jurisdiction over the victim so again, no other court can have jurisdiction over one person while an other has jurisdiction over that same person, this is anotheraspect of why the se judges in Raleigh, NC. violate dueprocess of law knowinglyas while a crimin al charge is still pending back home against the victim, he cannot be sued civ illy here nor anywhere until the criminal charge is fully satisfied or until the court of first jurisdiction has exhausted its authority over the person. Until then, he is still "attending court" where the court of first jurisdiction sits.

To all the USA's listed et al some not listed, as per 18USC3237, a continuous criminal act can be prosecuted in any one of the several different jurisdictions where it was begun, passed through or was completed; but in any case it can only be prosecuted in one of the jurisdictions or that wouldbe Double Jeopardy but the several States can one of them prosecute these criminal acts assbeginning in the state or passing through or was completed there and notbe Double Jeopardy. The criminal acts ofwhich I refer include violations of 18USC371 conspiracy to commit a crime or defraud the United States; 1952 Travel Act; 1519 making any false entry in any record or document used in anyefederal investigation of a federal matter; 1951 Racketeering; Attempted murder in/on a federal reservation; Murder as death during any crime is murder and on a federal compound; Battery; Aggravated Battery; 2₱USC848 Continuing Criminal Enterprise as these people do have the result of this conspiracy, over $10,000,000.00 per year in revenue changing hands and more than 5 are involved in it with the supervisors controlling the operation so there is an organized effort to keep it goinggillegally and they all know it is illegal and this organization has the complete co-operation of the courts in this operation and is supported by the judges who all know of its illegality. 18USC1621,1622,1623 and 1512,1513,1503 et al all apply here.

I was kidnapped on Jan. 11, 1999 by designation of the federal government's hand to commit an unconstitutional seizure in Missouri. Then, after the Missourians denied me any or due process of law for 10 years as I was never served any notice of any criminal complaint nor charge from that complaint nor ever served any notice of any civil suit action against me by any governmental agent to be infor med of what it was I had to defend. Rules 4 of both Fed.R.Crim.P. and Fed.R.Civ.P. assapplicable here. This has been going on against me for over 22½years now as I have repeatedly asked the courts for help but they all write it is not their job to help inform the USA's of ongoing criminal acts but 18USC2,3,4 all apply to/for their lack of action to end this criminal enterprise. The courts have all ruled] the same way, that one who joins an ongoing criminal enterprise assumes the full liability of all prior acts of each and all of the conspirators in the criminal enterprise, but the courts never finish it to rule that the one who joins that conspiracy brings all his prior criminal acts to the assumption by each of the conspirators of each and allof his prior criminal actsto their liability. This is what brings into this conspiracy several hundreds of criminals and that will become several thousands of criminals prosecutable in this one forum now. The murders are lifetime charges as well as the kidnappings. These conspirators will include federal judges, US Marshals, FBI agents, dirty cops of all brands, many

prison employees of the FBOP as the courts have ruled the one's joining the crim
inal enterprise neednot know the MODUS OPERRANDI of the princials nor all or any
of the other participants to be included in prosecution as giving tacit approval
is sufficient to include that one in the conspiracy as accescries which means the
same responsibility for these acts asthe principals in the criminal enterprise.
I have never been arrested by any process nor advised of any lawful arrest, I am
not a prisoner nor an inmate in any jail nor prison, but I am a kidnap/hostage/
victim seekingjustice in one of the jurisdictions these criminals  started, pass
ed through or completed this crime against me et al.
Since I have never been sued criminally nor civilly, I am not a defendant nor a
respndent in any suit in America. Now, I am the Plaintiff in a criminal complaint
I am filing in these separate forums to get justice for myself and thousands of
others. This is a very well organized criminal enterprise spread across all states
and I intend to stop it by the use of laws madeby the Congress to stop such an
operation of this proportion. I sent to your boss, Wm. Barr in May of 2019, a
letter to inform him of some of these abuses of his title and name but no respon
se from him so now I am going after allof the conspirators in their own back yard
so to speak and using the laws to do it, so if any of you want to get inon the
ground floor to end this scourge on my country, getin touch with me personally
as I have the names of many of these criminals that kidnapped me in 1999 the last
time as to commit one continuous crime by conspiracy. I have the documentation
to back up my claims. THE SCOTUS RULED "ALL ACTS OF ALL CONSPIRATORS IN ANY CRIME!
When the news media gets ahold of this story, the shit will hit the fan.

Daniel R. Fisher

Since the USA's claim he/she is the face and voice of the United States and speaks for them, then he/she is the principle respondent in the civil suit action against the United States and as such he/she cannot represent himself as "appointed counsel" at public expense for himself, so he/she must retain counsel to speak for and represent himself. If he/she tries to represent the United States in a civil suit's action, he/shecannotdo so as that would be act ing as "appointed counsel" for himself anf it would be at public expense, which is not allowed by all the Courts of Appeals rulings, hundreds of them, to that effect. If he/she tried to act as "appointed counsel" at public expense for himself as respondent in that civil suit claiming to be the face and voice of the United States, that would be forcing the court to favor the respondent in that suit at the expense of the petitioner's right to a fair hearing and denial] of Equal Protection of the laws as prohibited in the 5th Amendment's due proce ss clause as so the SCOTUS wrote in 1976 Crow Dog v US 426US917 96Sct2620 49 Led2d 370 that the Aug. 4, 1975 ruling in the NDIA US v Crow Dog 399Fsupp228 that the 5th Amendment did restrict action of ther federal government to afford all persons that Equal Protection the same as the 14th Amendment applied to the States. Therefore, the result of the USA acting as "appointed counsel" for himself as respondent in any civil suit action would be overturned on appeal almost automatically guaranteed tonbe so.

PREFACE: UNLESS THE PRESENTMENT OR INDICTMENT BY A GRAND JURY SPECIFICALLY NOTES OR ACCUSES THE SUBJECT OF THAT PRESENTMENT OR INDICTMENT, THE MENTAL STATE OF THE ACCUSED AT THE TIME OF THE ALLEDGED OFFENSE, THE ACCUSER, THE GOVERNMENT, CANNOT BRING UP THE SUBJECT BY A BACK DOOR CIVIL SUIT NOR CAN THEY BECAUSE THAT SUBJECT IS IMMUNE FROM SERVICE OF PROCESS FOR ANY CIVIL SUIT BY THE SAME PARTY THAT IS SUING HIM CRIMINALLY AT THE SAME TIME...THE GRAND JURY DID NOT PRESENT OR INDICT THE SUBJECT's MENTAL STATE AT THE TIME OF THE ALLEDGED OFFENSE AS CHARGED IN THE CHAGRING INSTRUMENT...FED.R.CRIM.P. RULE 4 MUST STATE ALL THE CHARGES WITH SPECIFICITY TO LET HIM KNOW WHATIT IS HE HAS TO DEFEND. OCT. 30, 1970 CHOUNG v CALIFORNIA DCCAL 322Fsupp625; JUNE 24, 2002 RING V ARIZONA 536US584 122Sct2420 153Led2d556;

NOR CAN THE FEDERAL USA NOR ANY STATES' ATTORNEY GENERAL INSTITUTE ANY "CIVIL" PROCEEDING AGAINST ANY PERSON AT ANY TIME FOR ANYYREASON TO QUESTION THE MENTAL STATE WHETHER OR NOT CONNECTED TO ANY PERSON'S MENTAL STATE DURING ANY ALLEDGED COMMISSION OF AN OFFENSE OF A CRIMINAL NATURE BY THE SAME PERSON ACCUSED; BECAUSE THE SCOTUS RULED ON APRIL 13, 1925 COOKE v US 267US517,538 45Sct390 69Led 767 THAT THE VERY PHYSICALPRESENCE OF THE USA IN THE COURTROOM WITH THE JUDGE DOING HIS BUSINESS THERE IN THE CASE AT BAR SUPPOSEDLY BEING A CIVIL CASE, WAS IN FACT A CRIMINAL PROSECUTION IN REALITY ALL ALONG, NOT A CIVIL CASE. SO, THE SAME APPLIES TO THE STATES' ACTS OF PROSECUTING PERSONS CIVILLY/CRIMINALLY as THE A/G'S PHYSICAL PRESENCE IS ENOUGH TO CLAIM CRIMINAL PROSECUTION OF A PERSON IN THEGUISE OF A CIVIL CASE SO AS TO CLAIM BY THE 5TH AMENDMENT'S INDICTMENT CLAUSE, MAKING MANDATORY AN INDICTMENT BY THAT GRAND JURY TO INCLUDE ALL CHARGES IN THAT INDICTMENT, WHICH WAS LED TO INDICT BY THAT A/G OR USA; NOCIVIL SUIT CAN BE INSTITUTED AGAINST ANY PERSON BY THE GOVERNMENTS FOR ANY REASON TO TRY TO JUSTIFY DENYING ONE HIS PROPERTY OR HIS LIBERTY BY GOVERMENTAL ACTION. SO, WROTE THE SCOTUS IN 1925 AS CITED ABOVE, AS NO PRECEDENT WAS EVER NEGATED TOBE CITABLE BY THE SCOTUS LATER, THEREFORE, EVERY AND ALL "CIVIL COMMITMENT" CASES VICTIMS OF BOTH THE FEDERAL AND STATE GOVERNMENT'S ACTIONS ARE LEGALLY CALLED KIDNAPPINGS BY THE RESPECTIVE GOVERNMENTS' ACTIONS OFCRIME BY THE PROSECUTORS. TO EXPOUND A LITTLE BIT ON KIDNAP VICTIMS: THAT BEING A [CRIMINAL ACT] BY THE "GOVERNMENTS;" LAWS PROTECTING LIFE STATE "ANY DEATH DURING ANY CRIME IS FIRST-DEGREE MURDER," AGAINST ALL WHO PARTICIPATED IN ANY WAY IN THAT CRIMINAL ACT AS PRINCIPALS IN THE CRIME. 18USC2 MARCH 9, 1936 GOOCH v US 297US124,127 56Sct395 80Led522 "WHEN BY PREARRANGEMENT, OR ON THE SPUR OF THE MOMENT, TWO OE MORE PERSONS ENTER INTO A COMMON ENTERPRISE OR ADVENTURE,AND A CRIMINAL OFFENSE IS CONTEMPLATED, THEY ARE EACH A CONSPIRATOR."

1IND

Case 5:21-ct-03186-D    Document 1    Filed 06/22/21    Page 22 of 25

TO PUT IS SUCCINCTLY, THE UNITED STATES' USA'S AND ALL THE STATES' A/G'S, EACH CLAIMING TO BE THEIR RESPECTIVE GOVERNMENTS' SPOKESPERSON DURING THEIR TIME OF POWER, ARE LIBALE FOR MURDERS COMMITED DURING THEIR WATCH. THE SUBSEQUENT GENERATIONS OF PROSECUTORS, BOTH FEDERAL AND STATE, ARE PERPETUALLY COVERING-UP THOSE MURDERS BUT WHO DID NOT ACTUALLY COMMIT THEM, BUT SINCE THEY ALL KNEW OF THEIR PREDACESSORS CRIMINAL ACTS OF MURDER, DO CONTINUE TO COVER-UP THOSE CRIMES BY NOT EXPOSING THOSE ACTS OF MURDER BY THEIR PREDACESSORS WHEN THEY USED THEIR POSITIONS OF TRUST AND PROFIT IN THESE UNITED STATES TO FURTHER COVER-UP THOSE MURDERS BY THE ONE'S WHO CAME BEFORE THEMSELVES AS PROSECUTORS IN THE GOVERNMENT'S NAME. EACH IS LIABLE TODAY FOR THECRIMES OF THE PAST PERSONALLY; THAT IS WHAT THE SCOTUS WROTE/RULED ONONGOING CONSPIRACIES AND OF ONE WHOJOINS ONE IN PROGR ESS, HE INHERITS ALL PRIOR CRIMINAL ACTS' LIABILITY OF ALL OF THOSE ALREADY INVOLVED IN THAT CONSPIRACY, AND WHAT THE SCOTUS DID NOT FINISH WRITING, IS THAT THE ONE'S ALREADY INVOLVED INHERIT ALL THE PRIOR BAD ACTS OF THE ONE WHO JOINED LATER; AND AS THE SCOTUS WROTRE/RULED THAT CONSPIRACY GOES ON UNTIL THE LAST ONE IS BROUGHT TO JUSTICT IN A COURT OF LAW ADJUDICATED INNOCENT OR GUILTY. BY A JURY OF EQUALS AND NEIGHBORS BY UNANIMOUS VOTE. IT IS CALLED AIDING AND ABE TING AS PRINCIPALS AND AS THE COURTS HAVE UPHELD THAT TO INCLUDE ALL INVOLVED IN ANY COMMON VENTURE OF THE CRIMINAL KIND. EVEN THOSE WHO GAVE [TACIT] APPROVAL TO THAT CRIMINALVENTURE. AND SINCE THE UNITED STATES HAS OFFERED ITSELF TO ITS LIABILITY AS AN ORDINARY PERSON TO BE SUED AS ONLY IT CAN BE HELD LIABLE THROUGH ITSUSA'S AND THE STATES' THROUGH ITS A/G'S WHO CLAIM TO SPEAK FOR EACH ONE'S GOVERNMENTS RESPECTIVELY. AND WHO INSTITUTED ANY [CRIMINAL] ACTION FOR MENTAL COMPETENCY AGAINST ANY PERSON AS TO KIDNAP HIM AND IF HE DIED,MURDEROF AN INNOCENT MAN BY THE GOVERNMENTS' OWN HANDS. THEN ALL OF THESE [CIVIL COMMITMENT] CASES WERE REALLY LEGALLY CALLED CRIMINAL CASES BY THE SCOTUS'OWN DEFINITION OF ONE. THE GOVERNMENT DID NOT OBEY ITS OWN RULES . NEITHER THE 5TH NOR 14TH AMENDMENTS' DUE PROCESS NOR EQUAL PROTECTION OF THE LAWS CLAUSES AFFORD NOR ACCORD ANY PERSON VICTIMIZED BY THOSE MURDERERS ACTS AS THE 4TH. 5TH NOR 6TH AMENDMENTS RIGHTS NOR WAS ANY VICTIM EVER READ HIS 5TH AND 6TH AMENDMENT MIRANDA RIGHTS WARNING BEFORE ANY QUESTIONING PER THE 1966 RULING KNOWN SINCE THEN AS LAW. NOR HAS THE VERY SCOTUS WHICH MADE IT LAW. UPHELD IT. AND BECAUSE THE PUBLIC DEFAMERS AND ESPECIALLY NO PAID PROFESSIONALLAWYER HASEVER PUTIT TOGETHER LIKE THIS AS I AM DOINGNOW. HERE TODAY. INTO A CONCISE STATEMEBT THE SCOTUS AND INF ERIOR COURTS HAVE ALL WRITTEN OF IN MANY RULINGS. THAT CRITICIZE THEM ALL AT ONCE IN A CONCISE PRESENTATIONOF FACTS THEY ALL WROTE WERE THE FACTS OF LAW. THE SCOTUS WROTE MANY TIMES OF HOW THE DISTRICT COURTS WERE THE FIRSTLINE OF DEFENSE FOR THE PROTECTION OF THE CITIZEN'S CIVIL. CONSTITUTIONAL AND LEGAL

RIGHTS. BUT THEY ARE THE VERY ONE'S WHO ARE SLOWLY ENCROACHING ON OUR RIGHTS BY THEIR RULINGS VIOLATIVE OF THOSE VERY RIGHTS THE SCOTUS CLAIMS IT DOES PROTECT. THEY ARE DOING THIS ONE SMALL STEPAT A TIME SO IT IS ALMOST UNNOTICEABLE BUT IT IS STILL ENCROACHMENT UPON RIGHTS THEY ARE SUPPOSEDTO PROTECT FROM THAT VERY THING. AND ALL THE COURTS OF APPEALS ALL COVER-UP THOSE ENCROACHMENTS ON RIGHTS. THE COURTSOF APPEALS MUST SEE AND REALIZE EXACTLY THAT WHEN A CONCISE OVERALL PRESENTATION IS MADE IS LEGAL AND THAT IS THAT EVERYONE INVOLVED IN THIS MURDER-FOR-HIRE-ACROSS-STATE-LINES SCHEME ISLIABLE CRIMINALLY AND CIVILLY TO THE EACH VICTIM AND THEIR ESTATES FOR DAMAGES AND THE RESTORATION OFTHEIR GOOD NAMES AND THE GOVERNMENTS ARE ESPECIALLY LIABLE FOR CIVIL DAMAGES THEYKNOWINGLY CAUSED Bv AND THROUGH THEIR JUDGES' ACTS WHO ALL INVOLVED MUST BE IMPEACHED. PROSECUTED CRIMINALLY AND CONVICTED AFTER BEING REMOVED FROM THEIR POSITION OF TRUST. THEY ARE GUILTY OF KIDNAPPING AND MURDER OF INNOCENT PERSONS BY THE THOUSANDSOVER TIME AS THE NEXT GENERATION OF JUDGES IS AS LIABLE FOR HIS PREDECESSORS ACTS AS IF HE HAS DONE THE MURDERS HIMSELF BY COVERING-UPTHE CRIMES THEYDID THEN. THE SAME AS THE PROSECUTORS WHO COVER-UP THE PRIOR ACTS OF THOSE WHO CAME BEFORE THEMSELVES AS PROSECUTORS. THEY ALL COME NDER THE HEADING OF CONSPIRACY TO COM MIT A CRIME OR DEFRAUD THE UNITED STATES. 18USC371,2,242,241 et al. THAT IS WHAT THE SCOTUS WROTEIN AN OPINION THAT "EACH CONSPIRATOR IN ANY CRIME IS LIABLE FOR ALL CONSPIRATORS ACTS." EACH PROSECUTOR WHO ACTED WITH A COMMUNITYOF UNLAW FUL INTENT AND ACTED IN CONCERT WITH THOSE WHOPRECEDEDD HIM IS PERSONALLY INVO LVEDIN THE COVER-UP. AS A CONSPIRATOR IN ANY CRIME.

POINT-OF-LAW: THE SCOTUS' SELF-SERVING. SELF-PROTECTING POSITION THAT ALL JUDGES ARE IMMUNE FROM CIVIL LIABILITY FOR MISTAKES THEY MAKE FROM THE BENCH EVEN WHEN THOSE COST LIVES OF INNOCENT VICTIMS; THEY WROTE "NO JUDGE CAN ADD WORDS TO THE TEXT OF A LAW." JAN. 10, 1967 US v LAUB 385US475 87Sct874 17Led2d526 "IF THERE ISA GAP IN THE LAW. THE RIGHT AND DUTY.IF ANY, TO FILL IT DO NOT DEVOLVE UPON THE COURTS." 1820 US v WILTBERGER 18US76,95 5Led37.42 "IT IS THE LEGISLATURE, NOT THE COURTS. WHICH IS TO DEFINE CRIME AND ORDAINITS PUNISHMENT." JUNE 17, 1957 YATES v US 359US298,354,355 77Sct1064 1Led2d1356.1368 "THE INTENTION OF THE LEGISLATUREIS TO BE COLLECTED FROMTHE WORDS THEY EMPLOY."TO DETERMINE THAT IT IS WITHIN THE INTENTION OF A STATUTE. ITS LANGUAGE MUST AUTHORIZE US TO SAY SO. ITWOULD BE DANGEROUS INDEED. TO CARRY THE PRINCIPLE. THAT A CASEIS WITHIN THE REASONOR MISCHIEF OF A STATUTE. IS WITHIN ITS PROVISIONS. SOFAR AS TO PUNISH A CRIME NOT ENUMERATED IN THE STATUTE. BECAUSE IT IS OF KINDRED CHARACTER. WITH THOSE WHICH ARE ENUMERATED."

APRIL 17. 1967 PIERSON v RAY 386US547 87Sct1213 18Led2d288 N.5 "THERE IS NO PRESUMPTION THAT CONGRESS WHEN MAKING 42USC1983...INTENDED TO ABOLISH THE

COMMON LAW PRACTICE OF THE IMMUNITY OF JUDGES FROM [LIABILITY FOR DAMAGES COMM
ITED WITHIN THEIR JUDICIAL JURISDICTION."

THEN THEY, THE SCOTUS, DID JUST THAT. THEY ADDED WORDS TO THETEXT OF A LAW. AS
UNCONSTITUTIONALLY LEGISLATING FROM THE BENCH TO SAVE THEIRMOWN NECKS. BUT CON
GRESS WROTE "EACH PERSON." AND"ANY PERSON.." AND WHOEVER.." TO START CIVIL RIG
HTS LAWS FOR DAMAGES FOR DEPRIVATIONS OF THOSE RIGHTS BY THOSE PARTICULARLY
NAMED OR DESCRIBED BYTHE OPENING WORDSOF THE LAWS. SO, THE SCOTUS WROTE THAT
JUDGES WERE NOT [PERSONS]IN THE EYES OF THOSE LAWS ON CIVIL LIABILITY:.BUT ONLY
PERSONS CAN BE CITIZENS, CAN VOTE, CAN KEEP AND BEAR ARMS. CAN ENTER CONTRACTS
AND ONLY PERSONS CAN SUE TO ENFORCE THOSE CONTRACTS IN THE COURTS OF LAW. SO
THAT LEAVES THE SCOTUS IN AN UNTENABLE POSITION ON IMMUNITY FORJUDGES AS THEY
THEMSELVES ARE CALLED JUDGES IN THE CONSTITUTION SOARE TOO LIABLE FOR DAMAGES
FOR ACTS COMMITED FROM THE BENCH. CONGRESS DID NOT MAKE ANY EXCEPTIONS IN THE
CONSTRUCTION OF THOSE CIVIL RIGHTS LAWS THEN NOR SINCE THEN.

MARCH 31, 1997 US v LANIER 520US259.265 117Sct1219 137Led2d432 N. 8(a)8(b) THE
POLICIES FAVORING STRICT CONSTRUCTION OF FEDERAL STATUTES OBLIGE THE UNITED
STATES SUPREME COURT TO CARRY-OUT THE CONGRESSIONAL INTENT ASFAR AS THE FEDERAL
CONSTITUTION WILL ADMIT. N. 11(a)(b) WITH RESPECT TO THE "CLEARLY ESTABLISHED"
RULE FOR QUALIFIED IMMUNITY. CIVIL LIABILITY MAY BE IMPOSED ON A PUBLIC OFFICIAL
UNDER 42USC1983...BUT ONLY IF. IN THE EIGHTOF PRE-EXISTING LAW THE LAWFULNESS
UNDER THE FEDERAL CONSTITUTION IS APPARENT.

THE SCOTUS WROTE IT HAD NO AUTHORITY TO SUBSTITUTE ITS WILL OVER THAT OF THE
CONGRESS. ONLY JUDGE THE CONSTITUTIONALITYOF THOSE ACTS OF CONGRESS. LANIER,
WILTBERGER. YATES.

FEB. 1. 1886 BOYD v US 116US616,630-635 6Sct524 29Led746 N.5 A PROCEEDING TO
FORFEIT A PERSON"S GOODS FOR AN OFFENSE AGAINST THE LAWS. THOUGH CIVIL IN FORM,
ANDWHETHERIN REM OR IN PERSONUM. IS A CRIMINAL CASE WITHIN THE MEANING OF
THE PART OF THE 5TH AMENDMENT WHICH DECLARES NO PERSON SHALL BE COMPELLED IN
ANY CRIMINAL CASE TO BE A WITNESS AGAINST HIMSELF...ANY COMPULSORY DISCOVERY
BY EXTORTING THE PARTY'S OATH..TO FORFEIT HIS PROPERTY IS CONTRARY TO THE
PRINCIPLES OF A FREE GOVERNMENT..IT IS ABHORENTTO AN AMERICAN. IT MAY SUIT THE
PURPOSE OF DESPOTIC POWERS: BUT IT CANNOT ABIDE THE PURE ATMOSPHERE OF POLITICAL
LIBERTY AND PERSONAL FREEDOM.

APRIL 6. 1936 JONES v SEC 298US1 56Sct654 80Led1015 THE PHILOSOPHY THAT CONSTI
TUTIONAL LIMITATIONS AND LEGAL RESTRICTIONS UPON ACTION MAY BE BRUSHED ASIDE
UPON THE PLEA THAT GOOD. PERCHANCE. MAY FOLLOW, FURNISH NO COUNTENANCE IN THE
AMERICAN SYSTEMOF GOVERNMENT.

4IND